FILED

12/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0103

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0103

_____

IN RE THE PARENTING OF:

A.H., a Minor Child,

EDWARD "JIMMY" HAERR,

   Petitioner and Appellee,       O R D E R

  v.

TIFFANY P. WHELAHAN,

   Respondent and Appellant.

_____

   Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

   The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

          For the Court,

                Electronically signed by:
                Mike McGrath
           Chief Justice, Montana Supreme Court
              December 9 2020